# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| William Butler, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:21-cv-00625-RJC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| City of Charlotte, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 8, 2023 Order.

August 8, 2023

*Katherine Hord Simon, Clerk*
*United States District Court*